IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00490-LTB

ANTHONY T. WRIGHT, SR.,

    Plaintiff,

v.

CORRECTIONAL HEALTH CARE COMPANIES,
MIKE FISH,
JEFFERSON COUNTY JAIL,
LUANN S. LESNANSKY, and
SAMUEL GARCIA,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9 day of May, 2013.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/J. Hawkins
                            Deputy Clerk